FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 APR -4 PM 2:37
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TORY HARDWICK, )
 )
    Petitioner, )
 )
v. ) CASE NO. CV415-312
 ) CR412-086
UNITED STATES OF AMERICA, )
 )
    Respondent. )
_____)

# O R D E R

Before the Court is the Magistrate Judge's Amended Report and Recommendation (Doc. 4), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Petitioner's 28 U.S.C. § 2255 motion is **DENIED**. In addition, Petitioner is not entitled to a Certificate of Appealability, rendering moot any request for in forma pauperis status on appeal. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 4th day of April 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA