IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA, )
)
v. ) CASE NO. CR412-086
)
TORY HARDWICK, )
)
    Defendant. )
)

## O R D E R

Before the Court is Defendant's Motion for Reconsideration. (Doc. 432.) After careful consideration of the record in this case, the Court sees no reason to reconsider its prior order. (Doc. 416.) Accordingly, Petitioner's motion is **DENIED**.

SO ORDERED this 3RD day of August 2016.

    WILLIAM T. MOORE, JR.
    UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF GEORGIA

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office

_____M
  8/3  20 16
Deputy Clerk